Paolo Morotti & Christa-Gaye Morotti
PO Box 81664
Fairbanks AK 99708
(907) 750-9472



RECEIVED
OCT 31 2025
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# IN THE DISTRICT COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

MOROTTI, PAOLO, MOROTTI, CHRISTA-GAYE
              Plaintiffs(s)

v.

BREWER, WILLIAM, BREWER, DONNA, ALASK DEVELOPERS INC.
              Defendant(s)

Case No.: 4:25-CV-00053-SLG

## COMPLAINT FOR WRONGFUL WITHHOLDING OF SECURITY DEPOSIT AND RELATED TENANCY VIOLATIONS

Plaintiffs Paolo Morotti and Christa-Gaye Morotti, acting pro se, allege as follows:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction under AS 22.15.040 because the amount in controversy does not exceed $100,000

2. Venue is proper in the Fourth Judicial District at Fairbanks under AS 22.10.030 because the rental premises that are the subject of this action are located in Fairbanks, Alaska.

### II. PARTIES

COMPLAINT FOR WRONGFUL WITHHOLDING OF SECURITY DEPOSIT AND RELATED TENANCY VIOLATIONS
Morotti, et al. *v.* Brewer, et al.
Case No. _____

1 of 6    Case 4:25-cv-00053-SLG    Document 1    Filed 10/31/25    Page 1 of 6

Paolo Morotti & Christa-Gaye Morotti
PO Box 81664
Fairbanks AK 99708
(907) 750-9472

3. Plaintiffs Paolo Morotti and Christa-Gaye Morotti ("Plaintiffs") are residents of Fairbanks, Alaska, and were tenants of the property located at 879 Goldfinch Road #2, Fairbanks, Alaska 99709.

4. Defendants William Brewer and Donna Brewer ("Defendants") through their corporation Alaska Developers Inc., own and/or manage the premises at that address and are engaged in business within the State of Alaska.

### III. FACTUAL BACKGROUND

5. On or about August 26, 2020, Plaintiffs paid a security deposit of $1,350.00 and entered into a month-to-month tenancy for the premises. (See Exhibit A – Lease Agreement.)

6. On July 30, 2025, Defendants delivered a written Notice of Termination of Tenancy, ending the month-to-month lease effective August 31, 2025. (Exhibit B – Notice of Termination.)

7. Plaintiffs secured new housing on August 1, 2025 and began moving belongings on August 4, 2025.

8. Plaintiffs scheduled professional carpet cleaning with Premier Carpet Cleaning for the second week of August 2025 and ensured the unit was cleaned and vacated by August 31, 2025 at 11:59 p.m.

9. Possession of the premises was returned to Defendants on August 31, 2025.

COMPLAINT FOR WRONGFUL WITHHOLDING OF SECURITY DEPOSIT AND RELATED TENANCY VIOLATIONS
Morotti, et al. v. Brewer, et al.
Case No. _____

2 of 6   Case 4:25-cv-00053-SLG   Document 1   Filed 10/31/25   Page 2 of 6

Paolo Morotti & Christa-Gaye Morotti
PO Box 81664
Fairbanks AK 99708
(907) 750-9472

10. On September 13, 2025, Defendants texted Plaintiffs an image of an itemized deduction letter purporting to explain charges against the security deposit. (Exhibit C – Texted Itemization.)

11. Plaintiffs promptly requested supporting receipts and clarification of labor charges.

12. Between September 14 and September 29, 2025, Plaintiffs sent multiple written requests by certified mail seeking documentation. Defendants provided delayed and incomplete responses, including photos and partial images of receipts.

13. On September 29, 2025, Defendants sent a different itemized statement by email that increased the total deductions and postmarked the envelope the same day (USPS postmark September 29, 2025). (Exhibit D – Postmarked Envelope and Revised Itemization.)

14. Plaintiffs also discovered, from Defendants' photos, that certain personal artwork had been inadvertently left in the unit. Defendants did not provide written notice or an opportunity to retrieve it as required by law. (Exhibit E – Correspondence re Left Property.)

## IV. CLAIMS FOR RELIEF

### COUNT I – Wrongful Withholding of Security Deposit (AS 34.03.070(a) – (b))

15. Plaintiffs incorporate paragraphs 1 through 14.

COMPLAINT FOR WRONGFUL WITHHOLDING OF SECURITY DEPOSIT AND RELATED TENANCY VIOLATIONS
Morotti, et al. *v.* Brewer, et al.
Case No. _____

3 of 6   Case 4:25-cv-00053-SLG   Document 1   Filed 10/31/25   Page 3 of 6

Paolo Morotti & Christa-Gaye Morotti
PO Box 81664
Fairbanks AK 99708
(907) 750-9472

16. Under AS 34.03.070(a), a landlord must return a tenant's security deposit or mail a written, itemized list of lawful deductions within 14 days after termination of tenancy and return of possession.

17. Plaintiffs vacated on August 31, 2025, making September 14, 2025, the statutory deadline.

18. Defendants did not mail the itemization until September 29, 2025, after the deadline, and failed to provide adequate documentation to justify the deductions.

19. Defendants therefore violated AS 34.03.070(a) – (b) and are liable for return of the deposit and statutory damages up to twice the amount wrongfully withheld.

### COUNT II – Improper Charges for Normal Wear and Tear (AS 34.03.070(b))

20. Plaintiffs incorporate paragraphs 1 through 19.

21. Plaintiffs cleaned the premises, including professional carpet cleaning.

22. Charges for dust, crumbs, and minor debris constitute normal wear and tear not deductible under AS 34.03.070(b).

23. Defendants' itemized deductions therefore unlawfully reduced Plaintiffs' security deposit.

### COUNT III – Failure to Provide Notice or Opportunity to Retrieve Personal Property (AS 34.03.260)

24. Plaintiffs incorporate paragraphs 1 through 23.

COMPLAINT FOR WRONGFUL WITHHOLDING OF SECURITY DEPOSIT AND RELATED TENANCY VIOLATIONS
Morotti, et al. *v.* Brewer, et al.
Case No. _____
4 of 6   Case 4:25-cv-00053-SLG   Document 1   Filed 10/31/25   Page 4 of 6

Paolo Morotti & Christa-Gaye Morotti
PO Box 81664
Fairbanks AK 99708
(907) 750-9472

25. After move-out, Plaintiffs inadvertently left certain personal artwork at the property.

26. Defendants failed to store the property or provide written notice and an opportunity for retrieval as required by AS 34.03.260.

27. Plaintiffs were deprived of their personal property and suffered consequential loss.

### COUNT IV – Bad Faith and Breach of the Implied Covenant of Good Faith and Fair Dealing
### (Common Law and AS 34.03.070(b))

28. Plaintiffs incorporate paragraphs 1 through 27.

29. Every lease in Alaska carries an implied covenant of good faith and fair dealing.

30. Defendants breached this covenant by (a) delaying mailing of the itemization beyond the statutory period, (b) issuing a second, increased deduction list after the legal deadline, and (c) engaging in unprofessional communications intended to pressure or confuse the tenants.

31. Defendants' conduct was in bad faith and designed to deprive Plaintiffs of the full return of their deposit and of statutory protections under the Uniform Residential Landlord and Tenant Act.

### V. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully request that the Court enter judgment in their favor as follows:

COMPLAINT FOR WRONGFUL WITHHOLDING OF SECURITY DEPOSIT AND RELATED TENANCY VIOLATIONS
Morotti, et al. *v.* Brewer, et al.
Case No. _____

5 of 6   Case 4:25-cv-00053-SLG    Document 1    Filed 10/31/25    Page 5 of 6

Paolo Morotti & Christa-Gaye Morotti
PO Box 81664
Fairbanks AK 99708
(907) 750-9472

1. Return of the $1,350.00 security deposit;

2. Statutory damages up to twice the amount wrongfully withheld under AS 34.03.070(b);

3. Dismissal of all charges in the untimely September 29 itemization;

4. Reimbursement for lost or unreturned personal property;

5. Court costs, filing fees, and any other relief the Court deems just and equitable.

Plaintiffs verify that the foregoing statements are true to the best of their knowledge and belief.

DATED this 31st day of October 2025, at Fairbanks, Alaska.

_____
Paolo Morotti, Plaintiff
P.O. Box 81664
Fairbanks AK 99708
(907) 750-9472

_____
Christa-Gaye Morotti, Plaintiff
P.O. Box 81664
Fairbanks, AK 99708
(907) 750-9472

COMPLAINT FOR WRONGFUL WITHHOLDING OF SECURITY DEPOSIT AND RELATED TENANCY VIOLATIONS
Morotti, et al. v. Brewer, et al.
Case No. _____

6 of 6     Case 4:25-cv-00053-SLG     Document 1     Filed 10/31/25     Page 6 of 6